**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00935-CV

## IN THE INTEREST OF G.K., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-16123**

## ORDER

On the Court's own motion, this case is removed from submission on December 13, 2022. The case will be reset for submission in due course.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE